No. 1090. McMENAMA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William H. Beck* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 1098. POTOMAC COOPERATORS, INC., ET AL. *v.* AMERICAN SECURITY & TRUST CO., TRUSTEE IN REORGANIZATION. C. A. D. C. Cir. Certiorari denied. *John M. Bray* and *Burton A. Schwalb* for petitioners. *Alexander B. Hawes* and *Samuel M. Greenbaum* for respondent.

No. 1100. INTERNATIONAL WOODWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* MASONITE CORP. Sup. Ct. Miss. Certiorari denied. *James E. Youngdahl* for petitioners. *Hulse Hays, Jr.,* and *Frank H. Stewart* for respondent.

No. 1105. BERK, DBA BERK TRADE SCHOOL *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Moe D. Karash* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for the United States.

No. 1108. CHERTKOF *v.* HARRY C. WEISKITTEL Co., INC. Ct. App. Md. Certiorari denied. *Benjamin Lipsitz* for petitioner. *Joseph Sherbow, Edward F. Shea, Jr.,* and *Robert W. Kernan* for respondent.

No. 1117. BARROWS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Allen B. Gresham* for petitioners. *Solicitor General Griswold, Acting Assistant Attorney General Taylor, Roger P. Marquis,* and *Robert S. Lynch* for the United States.